AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 1 7 2012
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Albany

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:12-mJ-561-RFT |
| GLENN UNGER, a/k/a Dr. Sam Kennedy | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07/08/2008  in the county of  Saratoga  in the  Northern  District of  New York , the defendant violated  18  U. S. C. §  287 , an offense described as follows:

did knowingly make and present to the Internal Revenue Service, an agency of the United States Department of Treasury, a claim against the United States for payment of a refund of taxes in the amount of approximately $285,973.90, which he then and there knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and mailing and causing to be mailed to the Internal Revenue Service a United States Individual Income Tax Return, Form 1040, for tax year 2008.

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Julie L. Carruthers, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 17, 2012

_____
Judge's signature

City and state:       Albany, New York        Hon. Randolph F. Treece, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

**Julie L. Carruthers**, being duly sworn, deposes and says:

1. I am a Special Agent of the United States Treasury, Internal Revenue Service, Criminal Investigation Division, and have been so employed for approximately eight years. My current duties include the investigation of violations of Title 18, 26 and 31 of the United States Code. I have received training in various aspects of law enforcement including criminal investigations. I am setting forth herein only those facts which I believe are necessary to establish probable cause for issuance of a criminal complaint.

2. On or about, July 8, 2008, UNGER prepared and filed a U.S. Individual Income Tax Return, Form 1040, for the tax year 2008. He filed this return with the Internal Revenue Service Office in Andover, MA. On this return, UNGER stated that he had $285,973.90 in Federal income tax withholdings where, in fact, there were no withholdings. Attached to this return is a Form 56, Notice Concerning Fiduciary Relationship, in which UNGER named Henry Paulson, Jr. (Secretary of the Treasury at the time) as his fiduciary. Also, Unger attached seven (7) false Form 1099-OIDs to this return. A Form 1099-OID is usually associated with a debt instrument such as a bond. This form is used to report interest which has accrued to the benefit of the bond holder in a given tax year. The forms attached to Unger's return reflect transactions totaling $285,973.90. Some of the individuals named in the 1099-OIDs were interviewed and reported no such transactions with Unger.

3. On or about July 8, 2008, in the Northern District of New York, the defendant, GLENN UNGER knowingly made and presented to the Internal Revenue Service, an agency of the United States Department of Treasury, a claim against the United States for payment of a refund of taxes in the amount of $285,973.90, which he then and there knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and mailing and causing to be mailed to the Internal Revenue Service a United States Individual Income Tax Return, Form 1040, for tax year 2008.

*Julie L. Carruthers, Special Agent*

Sworn to before me
this 17th day of December, 2012

Hon. Randolph F. Treece
United States Magistrate Judge